writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. C. L. Dawson* and *Warren E. Miller* for petitioner. *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for respondent.

No. 785. MICKENS *v.* VIRGINIA. December 8, 1941. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia, and motion for leave to proceed further *in forma pauperis,* denied. The order heretofore entered staying execution of sentence is vacated. MR. JUSTICE MURPHY is of opinion that the petition for writ of certiorari should be granted. *Mr. Charles Curry* for petitioner.

No. 715. WATERMAN ET AL. *v.* THE AAKRE ET AL. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar, T. Catesby Jones,* and *F. Herbert Prem* for petitioners. *Messrs. John W. Griffin* and *Wharton Poor* for Rederi A/S Henneseid; *Mr. George C. Sprague* for the Continental Grain Co.; and *Mr. Chauncey I. Clark* for the Lamport & Holt Line, Ltd., respondents.

No. 716. UNIVERSAL INSURANCE Co. *v.* HALL-SCOTT MOTOR CAR Co. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert B. Gaylord* for petitioner. *Mr. Chalmers G. Graham* for respondent.